UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH SHARKEY,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; ACCESS INVESTIGATION SERVICES; AND DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. C 11-00091 CRB<br><br>~~[PROPOSED]~~ **ORDER RE: STIPULATION TO REMAND TO STATE COURT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

1

## <u>O R D E R</u>

2

3     IT IS HEREBY ORDERED that this action is remanded to the Superior

Court for the State of California, County of Marin.

4

5

6

DATED: __March 16, 2011_____

7



8                                                        ur Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA #4833-7603-2520 v1

CASE NO. C 11-00091 CRB
[PROPOSED] ORDER RE: STIPULATION
TO REMAND TO STATE COURT